**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **JAR 259 FOOD CORP.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-5033365** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

**259-11 Union Turnpike**
**Glen Oaks, NY 11004**
Number, Street, City, State & ZIP Code

**Queens**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **JAR 259 FOOD CORP.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

| Debtor | **JAR 259 FOOD CORP.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **JAR 259 FOOD CORP.**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **JAR 259 FOOD CORP.**                                   Case number (*if known*) _____
           Name

<hr>

▮▮▮  **Request for Relief, Declaration, and Signatures**

<hr>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**            The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**representative of debtor**
                             I have been authorized to file this petition on behalf of the debtor.

                             I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                             I declare under penalty of perjury that the foregoing is true and correct.

                             Executed on    2 / 16 / 2022
                                             MM / DD / YYYY

                             **X** _____        **Amandeep Singh**
                                  Signature of authorized representative of debtor    Printed name

                             Title    **Vice President**

<hr>

**18. Signature of attorney**    **X**  /s/ James C. Vandermark _____        Date    02/18/2022
                                      Signature of attorney for debtor                           MM / DD / YYYY

                                      **James C. Vandermark**
                                      Printed name

                                      **White and Williams LLP**
                                      Firm name

                                      7 Times Square
                                      Suite 2900
                                      New York, NY 10036-6524
                                      Number, Street, City, State & ZIP Code

                                      Contact phone    **2158647000**        Email address    **vandermarkj@whiteandwilliams.com**

                                      5452750 NY
                                      Bar number and State

**Fill in this information to identify the case:**

Debtor name   **JAR 259 FOOD CORP.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/16/2022   **X** _____
                               Signature of individual signing on behalf of debtor

                             **Amandeep Singh**
                             Printed name

                             **Vice President**
                             Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **JAR 259 FOOD CORP.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **22 Capital 53 Bridge St. Suite 501 Brooklyn, NY 11201** | | | **Contingent Unliquidated Disputed** | **$300,000.00** | **$0.00** | **$300,000.00** |
| **Cash Coin LLC 4615 Surf Ave 2nd Fl Brooklyn, NY 11224** | | | **Contingent Unliquidated Disputed** | | | **$250,000.00** |
| **Clear Fund Solutions 99 Wall Street Suite 2613 New York, NY 10005** | | | **Contingent Unliquidated Disputed** | | | **$300,000.00** |
| **Click Capital 7901 4th Street Saint Petersburg, FL 33702** | | | **Contingent Unliquidated Disputed** | | | **$200,000.00** |
| **Cobalt Funding Solutions 99 Wall Street New York, NY 10005** | | | **Contingent Unliquidated Disputed** | | | **$500,000.00** |
| **Crusader Group LLC 1185 S. Main Street Cheshire, CT 06410** | | | **Contingent Unliquidated Disputed** | | | **$500,000.00** |
| **Gofund Advance c/o New York Secretary of State Corporations Div. 99 Washington Ave Albany, NY 12231-0001** | | | **Contingent Unliquidated Disputed** | | | **$150,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | **JAR 259 FOOD CORP.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Last Chance Funding Group 411 Hempstead Turnpike West Hempstead, NY 11552** | | | **Contingent Unliquidated Disputed** | **$300,000.00** | **$0.00** | **$300,000.00** |
| **Legacy Capital 26 LLC c/o 200 Garden City Plaza Suite 405 Garden City, NY 11530** | | | **Contingent Unliquidated Disputed** | | | **$300,000.00** |
| **LFG Funding Group LLC 1251 46th St Brooklyn, NY 11219** | | | **Contingent Unliquidated Disputed** | | | **$250,000.00** |
| **LFG Funding Group LLC 1251 46th St Brooklyn, NY 11219** | | | **Contingent Unliquidated Disputed** | | | **$400,000.00** |
| **Liberty Fund Group c/o New York Secretary of State Corporations Div. 99 Washington Ave Albany, NY 12231-0001** | | | **Contingent Unliquidated Disputed** | | | **$200,000.00** |
| **Lifetime Funding LLC 585 Stewart Avenue Suite L90 Garden City, NY 11530** | | | **Contingent Unliquidated Disputed** | **$400,000.00** | **$0.00** | **$400,000.00** |
| **Lifetime Funding, LLC 585 Stewart Avenue Suite L90 Garden City, NY 11530** | | | **Contingent Unliquidated Disputed** | **$200,000.00** | **$0.00** | **$200,000.00** |
| **Mr. Advance 35-12 19th Avenue Suite 3W Astoria, NY 11105** | | | **Contingent Unliquidated Disputed** | | | **$300,000.00** |
| **Parkview Advance LLC 400 Main Street Stamford, CT 06901** | | | **Contingent Unliquidated Disputed** | | | **$450,000.00** |
| **TBF Group 333 River Street Hoboken, NJ 07030** | | | | | | **$225,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **JAR 259 FOOD CORP.**                                     Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The American Express Co. 200 Vesey Street New York, NY 10285** | | | **Disputed** | | | **$310,000.00** |
| **Tiger Capital Group LLC 1022 Avenue M Brooklyn, NY 11230** | | | **Contingent Unliquidated Disputed** | | | **$300,000.00** |
| **United Fund USA 30 Broad St. New York, NY 10004** | | | **Contingent Unliquidated Disputed** | | | **$300,000.00** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 3

| Fill in this information to identify the case: |
| --- |

Debtor name    **JAR 259 FOOD CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................................    $      0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*....................................................................................................    $      224,996.39

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*....................................................................................................    $      224,996.39

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      4,665,906.37

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      5,735,000.00

4.   **Total liabilities** ......................................................................................................................
   Lines 2 + 3a + 3b    $      10,400,906.37

**Fill in this information to identify the case:**

Debtor name    **JAR 259 FOOD CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$1,600.00** |
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citibank** | **Checking** | **5540** | $1,215.59 |
| 3.2. | **Bank of America** | **Checking** | **1101** | $10,909.46 |
| 3.3. | **Citibank** | **Checking** | **5559** | $11,175.00 |
| 3.4. | **M&T Bank** | **checking** | **6690** | $596.34 |
| 3.5. | **BCB Bank** | **Checking** | **0243** | Unknown |

4.    **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    __JAR 259 FOOD CORP._____    Case number *(If known)* _____
　　　　　　Name

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $25,496.39 |

---

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
　　　Description, including name of holder of deposit

　　　7.1.  **Con Edison - Electrical**　　　　　　　　　　　　　　　　　　　　$54,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
　　　Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| $54,000.00 |

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Store Inventory - Dry goods.** | 02/16/2022 | $20,000.00 | FIFO | $20,000.00 |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| |
|---|
| $20,000.00 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor __JAR 259 FOOD CORP._____    Case number *(If known)* _____
      Name

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☐ No
     ■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>**General office furniture** | **$2,000.00** | | **$2,000.00** |
| 40. **Office fixtures** | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software<br>**Computer and POS System** | **$20,000.00** | | **$20,000.00** |
| 42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**                                                                     | **$22,000.00** |
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **JAR 259 FOOD CORP.** _____      Case number *(If known)* _____
    Name

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|      **Machinery and equipment** | **$103,500.00** | | **$103,500.00** |

**51.**   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.          | **$103,500.00** |

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease: 259-11 Union Turnpike, Glen Oaks, New York 1104.** | **Lease** | **Unknown** | | **Unknown** |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.          | **$0.00** |

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

| Debtor | **JAR 259 FOOD CORP.** | | Case number *(If known)* | |
| | Name | | | |

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | See Schedule 1 | **Unknown** |
| | Nature of claim    **Lawsuits against Merchant Cash Advance Companies** | |
| | Amount requested                              **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **JAR 259 FOOD CORP.** |
| | Name |

Case number *(If known)* _____

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,496.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $54,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $103,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $224,996.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $224,996.39 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **JAR 259 FOOD CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **22 Capital** | Describe debtor's property that is subject to a lien | $300,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**53 Bridge St.
Suite 501
Brooklyn, NY 11201**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/2/2021**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☑ Unliquidated

☑ Disputed

| 2.2 | **Bridge Funding Cap LLC** | Describe debtor's property that is subject to a lien | $60,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5308 13th Ave
Suite 324
Brooklyn, NY 11219**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

Debtor    **JAR 259 FOOD CORP.**        Case number (if known) _____
       Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |

Creditor's Name

**400 Rella Boulevard
Suffern, NY 10901**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Key Food Stores Co-op Inc** | Describe debtor's property that is subject to a lien | $900,000.00 | $0.00 |

Creditor's Name
**100 Matawan Road
Suite 100
Matawan, NJ 07747-3913**
Creditor's mailing address

**Inventory**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

**DeanJ@Keyfoods.com**
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/05/2018**
**Last 4 digits of account number**
**1940**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Key Food Stores Co-op Inc** | Describe debtor's property that is subject to a lien | $105,906.37 | $0.00 |

Creditor's Name
**100 Matawan Road
Suite 100
Matawan, NJ 07747-3913**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 7

| Debtor | **JAR 259 FOOD CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Last Chance Funding Group** | Describe debtor's property that is subject to a lien | $300,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**411 Hempstike Turnpike**
**West Hempstead, NY 11552**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/28/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Lifetime Funding LLC** | Describe debtor's property that is subject to a lien | $400,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**585 Stewart Avenue**
**Suite L90**
**Garden City, NY 11530**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/27/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.8 | **Lifetime Funding, LLC** | Describe debtor's property that is subject to a lien | $200,000.00 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **JAR 259 FOOD CORP.** _____   Case number (if known) _____

Name

Creditor's Name

**585 Stewart Avenue**
**Suite L90**
**Garden City, NY 11530**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/30/2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **MCA Capital Holdings LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |

Creditor's Name

**802 Avenue U**
**PH 7**
**Brooklyn, NY 11223**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**11/8/2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **Meged Funding Group Corp.** | **Describe debtor's property that is subject to a lien** | **$50,000.00** | **$0.00** |

Creditor's Name

**12 Zeck Court**
**Suffern, NY 10901**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/7/2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 4 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **JAR 259 FOOD CORP.**
_____    Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 | |
|-----|---|
| 1 | |

**New Bank**
_____
Creditor's Name

**45-68 Francis Lewis Blvd.
Bayside, NY 11361**
_____
Creditor's mailing address

**kevincho@newbankusa.co
m**
_____
Creditor's email address, if known

Date debt was incurred
**10/05/2018**
Last 4 digits of account number
**8016**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Inventory**
_____

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,800,000.00        $0.00

---

| 2.1 | |
|-----|---|
| 2 | |

**Panthers Capital LLC**
_____
Creditor's Name

**157 Church Street
Suite 1971
New Haven, CT 06510**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**12/30/2021**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
_____

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

$150,000.00        $0.00

---

| 2.1 | |
|-----|---|
| 3 | |

**Propulsion Funding LLC**
_____
Creditor's Name

**7901 4th Street
Suite 300
Saint Petersburg, FL 33702**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
_____

Describe the lien
_____

$90,000.00        $0.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **JAR 259 FOOD CORP.**                                    Case number (if known) _____
_____
Name

_____
Creditor's email address, if known

**Date debt was incurred**

**12/29/2021**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 4 | **Proventure Capital Fundin** | **Describe debtor's property that is subject to a lien** | **$50,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**99 Wall Street
Suite 576
New York, NY 10005**
Creditor's mailing address

**Describe the lien**

_____
Creditor's email address, if known

**Date debt was incurred**

**1/4/2022**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 5 | **Secure Capital LLC** | **Describe debtor's property that is subject to a lien** | **$50,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**243 Tressler Boulevard
17th Floor
Stamford, CT 06901**
Creditor's mailing address

**Describe the lien**

_____
Creditor's email address, if known

**Date debt was incurred**

**1/4/2022**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 7

| Debtor | **JAR 259 FOOD CORP.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.1 6 | **Simpli Funding** | Describe debtor's property that is subject to a lien | **$60,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**500 West Putnam Ave
Suite 4000
Greenwich, CT 06830**

Creditor's mailing address

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**1/3/2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,665,906.37** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>JAR 259 FOOD CORP.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00**

BMT Capital Group LLC
11301 Hillside Drive
Edmond, OK 73013-0469

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00**

Brickstone Fund LLC
5314 16th Ave
Suite 139
Brooklyn, NY 11204

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

Cash Coin LLC
4615 Surf Ave
2nd Fl
Brooklyn, NY 11224

Date(s) debt was incurred  11/17/2021

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

Clear Fund Solutions
99 Wall Street
Suite 2613
New York, NY 10005

Date(s) debt was incurred  12/14/2021

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **JAR 259 FOOD CORP.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Click Capital**
**7901 4th Street**
**Saint Petersburg, FL 33702**

Date(s) debt was incurred  **11/29/2021**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Cobalt Funding Solutions**
**99 Wall Street**
**New York, NY 10005**

Date(s) debt was incurred  **12/29/2021**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Consolidated Edison of**
**New York, Inc.**
**Att. Law Department**
**4 Irving Place RM 1875**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Crusader Group LLC**
**1185 S. Main Street**
**Cheshire, CT 06410**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Fox Business Funding**
**65 Broadway**
**Suite 804**
**New York, NY 10006**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Fusion Funding - Funders**
**88 Pine Street**
**Suite 2202**
**New York, NY 10005**

Date(s) debt was incurred  **12/10/2021**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Gofund Advance**
**c/o New York Secretary of**
**State Corporations Div.**
**99 Washington Ave**
**Albany, NY 12231-0001**

Date(s) debt was incurred  **1/3/2022**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **JAR 259 FOOD CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Internal Revenue Service**
**290 Broadway**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Kingdom Kapital**
**1825 65th Street**
**Brooklyn, NY 11204**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  11/22/2021

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Legacy Capital 26 LLC**
**c/o 200 Garden City Plaza**
**Suite 405**
**Garden City, NY 11530**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  11/24/2021

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**LFG Funding Group LLC**
**1251 46th St**
**Brooklyn, NY 11219**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/12/2021

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400,000.00** |
|---|---|---|---|

**LFG Funding Group LLC**
**1251 46th St**
**Brooklyn, NY 11219**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  11/10/2021

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Liberty Fund Group**
**c/o New York Secretary of**
**State Corporations Div.**
**99 Washington Ave**
**Albany, NY 12231-0001**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  1/3/2022

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Liquid Bee LLC**
**259 Madison Avenue**
**22nd Floor**
**New York, NY 10017**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **JAR 259 FOOD CORP.**

Case number (if known) _____

Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Merchant Capital Jet Fund**
Matt@toplinecash.com

Date(s) debt was incurred  **1/3/2022**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**Mr. Advance**
35-12 19th Avenue
Suite 3W
Astoria, NY 11105

Date(s) debt was incurred  **11/16/2021**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**New York State**
Queens Borough Hall
120-55 Queens Boulevard
Jamaica, NY 11424

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NYC Dept. of Finance**
66 John Street
Room 104
New York, NY 10038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450,000.00 |
|---|---|---|---|

**Parkview Advance LLC**
400 Main Street
Stamford, CT 06901

Date(s) debt was incurred  **12/21/2021**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|

**TBF Group**
333 River Street
Hoboken, NJ 07030

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310,000.00 |
|---|---|---|---|

**The American Express Co.**
200 Vesey Street
New York, NY 10285

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **JAR 259 FOOD CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00**

**Tiger Capital Group LLC**
1022 Avenue M
Brooklyn, NY 11230

Date(s) debt was incurred  11/02/2021

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Topline Cash**
c/o New York Secretary of
State Corporations Div.
99 Washington Ave
Albany, NY 12231-0001

Date(s) debt was incurred  1/3/2022

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00**

**United Fund USA**
30 Broad St.
New York, NY 10004

Date(s) debt was incurred  11/5/2021

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00**

**Wynwood Capital Group**
18117 Biscayne Boulevard
North Miami Beach, FL 33160

Date(s) debt was incurred  11/29/2021

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,735,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 5,735,000.00 |

**Fill in this information to identify the case:**

Debtor name    **JAR 259 FOOD CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Key Food Stores Co-operatives Inc.** |
| State the term remaining | **7 years** |
| List the contract number of any government contract | **George Knobloch, COO**<br>**100 Matawan Road, Suite 1**<br>**Matawan, NJ 07747-3913** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Store premises lease** |
| State the term remaining | **4 months** |
| List the contract number of any government contract | **Randal Briskian**<br>**7 Penn Plaza, 11th Floor**<br>**New York, NY 10001** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background-color:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>JAR 259 FOOD CORP.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **3350 Kaur Farms** | | **Gofund Advance** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.2 **3350 Kaur Farms Inc** | | **The American Express Co.** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.3 **3350 Kaur Farms Inc** | | **Mr. Advance** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.4 **3350 Kaur Farms Inc** | | **Lifetime Funding LLC** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **3350 Kaur Farms Inc** | | **CloudFund LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **JAR 259 FOOD CORP.** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Codebtor | Creditor | D | E/F | G |
|---|---|---|---|---|---|
| 2.6 | **3350 Kaur Farms Inc** | **Fusion Funding - Funders** | ☐ D ____ | ■ E/F **3.9** | ☐ G ____ |
| 2.7 | **3350 Kaur Farms Inc** | **Fox Business Funding** | ☐ D ____ | ■ E/F **3.8** | ☐ G ____ |
| 2.8 | **3350 Kaur Farms Inc** | **Meged Funding Group Corp.** | ■ D **2.10** | ☐ E/F ____ | ☐ G ____ |
| 2.9 | **3350 Kaur Farms Inc** | **Liquid Bee LLC** | ☐ D ____ | ■ E/F **3.17** | ☐ G ____ |
| 2.10 | **3350 Kaur Farms Inc** | **BMT Capital Group LLC** | ☐ D ____ | ■ E/F **3.1** | ☐ G ____ |
| 2.11 | **3350 Kaur Farms Inc** | **TBF Group** | ☐ D ____ | ■ E/F **3.23** | ☐ G ____ |
| 2.12 | **3350 Kaur Farms Inc** | **Brickstone Fund LLC** | ☐ D ____ | ■ E/F **3.2** | ☐ G ____ |
| 2.13 | **3350 Kaur Farms Inc** | **Cobalt Funding Solutions** | ☐ D ____ | ■ E/F **3.6** | ☐ G ____ |

| Debtor | **JAR 259 FOOD CORP.** | Case number *(if known)* |
|--------|------------------------|--------------------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | | | |
|---|---|---|---|---|---|---|

| 2.14 | **3350 Kaur Farms Inc** | | **Bridge Funding Cap LLC** | ■ D | **2.2** |
| | | | | ☐ E/F | _____ |
| | | | | ☐ G | _____ |

| 2.15 | **3350 Kaur Farms Inc** | | **MCA Capital Holdings LLC** | ■ D | **2.9** |
| | | | | ☐ E/F | _____ |
| | | | | ☐ G | _____ |

| 2.16 | **3350 Kaur Farms Inc** | | **Merchant Capital Jet Fund** | ☐ D | _____ |
| | | | | ■ E/F | **3.18** |
| | | | | ☐ G | _____ |

| 2.17 | **3350 Kaur Farms Inc** | | **Clear Fund Solutions** | ☐ D | _____ |
| | | | | ■ E/F | **3.4** |
| | | | | ☐ G | _____ |

| 2.18 | **3350 Kaur Farms Inc.** | | **Key Food Stores Co-op Inc** | ■ D | **2.5** |
| | | | | ☐ E/F | _____ |
| | | | | ☐ G | _____ |

| 2.19 | **3350 Kaur Farms Inc.** | **320 post Ave STE 107 Westbury, NY 11590** | **Lifetime Funding, LLC** | ■ D | **2.8** |
| | | | | ☐ E/F | _____ |
| | | | | ☐ G | _____ |

| 2.20 | **A & S Vegetables** | | **Lifetime Funding LLC** | ■ D | **2.7** |
| | | | | ☐ E/F | _____ |
| | | | | ☐ G | _____ |

| 2.21 | **A & S Vegetables Inc** | **1620 Hillside Ave New Hyde Park, NY 11040** | **Lifetime Funding, LLC** | ■ D | **2.8** |
| | | | | ☐ E/F | _____ |
| | | | | ☐ G | _____ |

Debtor    **JAR 259 FOOD CORP.**                              Case number *(if known)*

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.22 | **A & S Vegetables Inc** | **Clear Fund Solutions** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.23 | **A&S Vegetables Inc.** | **Key Food Stores Co-op Inc** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **A&S Vegetables Inc.** | **The American Express Co.** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.25 | **A&S Vegetables Inc.** | **Mr. Advance** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.26 | **A&S Vegetables Inc.** | **CloudFund LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **A&S Vegetables Inc.** | **Fox Business Funding** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.28 | **A&S Vegetables Inc.** | **Click Capital** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.29 | **A&S Vegetables Inc.** | **Liquid Bee LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

---

Debtor    **JAR 259 FOOD CORP.**_____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | | | |
|---|---|---|---|
| 2.30 | **A&S Vegetables Inc.** | **BMT Capital Group LLC** | ☐ D _____<br>■ E/F ___**3.1**___<br>☐ G _____ |
| 2.31 | **A&S Vegetables Inc.** | **TBF Group** | ☐ D _____<br>■ E/F ___**3.23**___<br>☐ G _____ |
| 2.32 | **A&S Vegetables Inc.** | **Brickstone Fund LLC** | ☐ D _____<br>■ E/F ___**3.2**___<br>☐ G _____ |
| 2.33 | **A&S Vegetables Inc.** | **Cobalt Funding Solutions** | ☐ D _____<br>■ E/F ___**3.6**___<br>☐ G _____ |
| 2.34 | **A&S Vegetables Inc.** | **Simpli Funding** | ■ D ___**2.16**___<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **A&S Vegetables Inc.** | **Bridge Funding Cap LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **A&S Vegetables Inc.** | **Merchant Capital Jet Fund** | ☐ D _____<br>■ E/F ___**3.18**___<br>☐ G _____ |
| 2.37 | **Amandeep Singh** | **520 South Broadway**<br>**Hicksville, NY 11801**    **Click Capital** | ☐ D _____<br>■ E/F ___**3.5**___<br>☐ G _____ |

Debtor    **JAR 259 FOOD CORP.** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.38 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Cobalt Funding<br>Solutions | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.39 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Crusader Group LLC | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.40 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Fox Business<br>Funding | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.41 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Fusion Funding -<br>Funders | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.42 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Kingdom Kapital | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.43 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Last Chance Funding<br>Group | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.44 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Legacy Capital 26<br>LLC | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.45 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Lifetime Funding LLC | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **JAR 259 FOOD CORP.** | Case number *(if known)* | |
|---|---|---|---|

| **Additional Page to List More Codebtors** | | |
|---|---|---|
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | |
| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| 2.46 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | MCA Capital<br>Holdings LLC | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.47 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Meged Funding<br>Group Corp. | ■ D ___**2.10**___<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Merchant Capital Jet<br>Fund | ☐ D _____<br>■ E/F ___**3.18**___<br>☐ G _____ |
| 2.49 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Mr. Advance | ☐ D _____<br>■ E/F ___**3.19**___<br>☐ G _____ |
| 2.50 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Panthers Capital LLC | ■ D ___**2.12**___<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Propulsion Funding<br>LLC | ■ D ___**2.13**___<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Proventure Capital<br>Fundin | ■ D ___**2.14**___<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Secure Capital LLC | ■ D ___**2.15**___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **JAR 259 FOOD CORP.**                               Case number *(if known)*

▮    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.54 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Simpli Funding |

▮ D    **2.16**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.55 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Wynwood Capital Group |

☐ D _____
▮ E/F    **3.28**
☐ G _____

| | | | |
|---|---|---|---|
| 2.56 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | 22 Capital |

▮ D    **2.1**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.57 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Parkview Advance LLC |

☐ D _____
▮ E/F    **3.22**
☐ G _____

| | | | |
|---|---|---|---|
| 2.58 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Lifetime Funding, LLC |

▮ D    **2.8**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.59 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Clear Fund Solutions |

☐ D _____
▮ E/F    **3.4**
☐ G _____

| | | | |
|---|---|---|---|
| 2.60 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | LFG Funding Group LLC |

☐ D _____
▮ E/F    **3.14**
☐ G _____

| | | | |
|---|---|---|---|
| 2.61 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Cash Coin LLC |

☐ D _____
▮ E/F    **3.3**
☐ G _____

| Debtor | **JAR 259 FOOD CORP.** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.62 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | LFG Funding Group LLC | ☐ D _____<br>■ E/F **3.15**<br>☐ G _____ |
| 2.63 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Topline Cash | ☐ D _____<br>■ E/F **3.26**<br>☐ G _____ |
| 2.64 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | United Fund USA | ☐ D _____<br>■ E/F **3.27**<br>☐ G _____ |
| 2.65 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Tiger Capital Group LLC | ☐ D _____<br>■ E/F **3.25**<br>☐ G _____ |
| 2.66 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Gofund Advance | ☐ D _____<br>■ E/F **3.10**<br>☐ G _____ |
| 2.67 | Amandeep Singh | 520 South Broadway<br>Hicksville, NY 11801 | Liberty Fund Group | ☐ D _____<br>■ E/F **3.16**<br>☐ G _____ |
| 2.68 | Ameet Food Inc | | Clear Fund Solutions | ☐ D _____<br>■ E/F **3.4**<br>☐ G _____ |
| 2.69 | Ameet Properties LLC | | Key Food Stores Co-op Inc | ■ D **2.5**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **JAR 259 FOOD CORP.**                                     Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.70  **Ameet Properties LLC** | **The American Express Co.** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.71  **Ameet Properties LLC** | **CloudFund LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.72  **Ameet Properties LLC** | **Liquid Bee LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.73  **Ameet Properties LLC** | **BMT Capital Group LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.74  **Ameet Properties LLC** | **TBF Group** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.75  **Ameet Properties LLC** | **Brickstone Fund LLC** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.76  **Ameet Properties LLC** | **Cobalt Funding Solutions** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.77  **Ameet Properties LLC** | **Bridge Funding Cap LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **JAR 259 FOOD CORP.** _____    Case number *(if known)* _____

▮   **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| | | |
|---|---|---|
| 2.78 | **Badshah Farmers** | **Cobalt Funding Solutions** |
| | | ☐ D _____  ■ E/F __3.6__  ☐ G _____ |
| 2.79 | **Badshah Farmers** | **Fox Business Funding** |
| | | ☐ D _____  ■ E/F __3.8__  ☐ G _____ |
| 2.80 | **Badshah Farmers** | **Clear Fund Solutions** |
| | | ☐ D _____  ■ E/F __3.4__  ☐ G _____ |
| 2.81 | **Badshah Farmers Market** | **Cobalt Funding Solutions** |
| | | ☐ D _____  ■ E/F __3.6__  ☐ G _____ |
| 2.82 | **Badshah Farmers Market** | **Fox Business Funding** |
| | | ☐ D _____  ■ E/F __3.8__  ☐ G _____ |
| 2.83 | **Badshah Farmers Market** | **Merchant Capital Jet Fund** |
| | | ☐ D _____  ■ E/F __3.18__  ☐ G _____ |
| 2.84 | **Badshah Farmers Market** | **Simpli Funding** |
| | | ■ D __2.16__  ☐ E/F _____  ☐ G _____ |
| 2.85 | **Badshah Farmers Market** | **Clear Fund Solutions** |
| | | ☐ D _____  ■ E/F __3.4__  ☐ G _____ |

Debtor    **JAR 259 FOOD CORP.**                                   Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.86 | **Badshah**<br>**Farmers Market** | **Gofund Advance** | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.87 | **Badshaw**<br>**Farmers** | **Click Capital** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.88 | **Badshaw**<br>**Farmers Market** | **Click Capital** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.89 | **Kaur Farms Inc**    46 Alling St<br>Hicksville, NY 11801 | **Lifetime Funding,**<br>**LLC** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.90 | **Kaur Farms Inc.** | **Key Food Stores**<br>**Co-op Inc** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.91 | **Kaur Farms Inc.** | **The American**<br>**Express Co.** | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.92 | **Kaur Farms Inc.** | **Lifetime Funding LLC** | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.93 | **Kaur Farms Inc.** | **CloudFund LLC** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

---

Debtor    **JAR 259 FOOD CORP.**        Case number *(if known)* _____

| ▇ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 | **Kaur Farms Inc.** | **Fox Business Funding** | ☐ D _____ <br> ■ E/F **3.8** <br> ☐ G _____ |
| 2.95 | **Kaur Farms Inc.** | **Liquid Bee LLC** | ☐ D _____ <br> ■ E/F **3.17** <br> ☐ G _____ |
| 2.96 | **Kaur Farms Inc.** | **BMT Capital Group LLC** | ☐ D _____ <br> ■ E/F **3.1** <br> ☐ G _____ |
| 2.97 | **Kaur Farms Inc.** | **TBF Group** | ☐ D _____ <br> ■ E/F **3.23** <br> ☐ G _____ |
| 2.98 | **Kaur Farms Inc.** | **Crusader Group LLC** | ☐ D _____ <br> ■ E/F **3.7** <br> ☐ G _____ |
| 2.99 | **Kaur Farms Inc.** | **Brickstone Fund LLC** | ☐ D _____ <br> ■ E/F **3.2** <br> ☐ G _____ |
| 2.100 | **Kaur Farms Inc.** | **Cobalt Funding Solutions** | ☐ D _____ <br> ■ E/F **3.6** <br> ☐ G _____ |
| 2.101 | **Kaur Farms Inc.** | **Simpli Funding** | ■ D **2.16** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor     **JAR 259 FOOD CORP.** _____     Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.10 2 | **Kaur Farms Inc.** | | **Bridge Funding Cap LLC** |

■ D  **2.2**
☐ E/F _____
☐ G _____

| | | |
|---|---|---|
| 2.10 3 | **Kaur Farms Inc.** | **Merchant Capital Jet Fund** |

☐ D _____
■ E/F  **3.18**
☐ G _____

| | | |
|---|---|---|
| 2.10 4 | **Key Food Stores Co-op Inc** | 100 Matawan Road Suite 100 Matawan, NJ 07747-3913 | **Click Capital** |

☐ D _____
■ E/F  **3.5**
☐ G _____

| | | |
|---|---|---|
| 2.10 5 | **Key Food Stores Co-op Inc** | 100 Matawan Road Suite 100 Matawan, NJ 07747-3913 | **Cobalt Funding Solutions** |

☐ D _____
■ E/F  **3.6**
☐ G _____

| | | |
|---|---|---|
| 2.10 6 | **Key Food Stores Co-op Inc** | 100 Matawan Road Suite 100 Matawan, NJ 07747-3913 | **Clear Fund Solutions** |

☐ D _____
■ E/F  **3.4**
☐ G _____

| | | |
|---|---|---|
| 2.10 7 | **Kuljit Kaur** | 520 South Broadway Hicksville, NY 11801 | **22 Capital** |

■ D  **2.1**
☐ E/F _____
☐ G _____

| | | |
|---|---|---|
| 2.10 8 | **Kuljit Kaur** | 520 South Broadway Hicksville, NY 11801 | **Fox Business Funding** |

☐ D _____
■ E/F  **3.8**
☐ G _____

| | | |
|---|---|---|
| 2.10 9 | **Kuljit Kaur** | 520 South Broadway Hicksville, NY 11801 | **Fusion Funding - Funders** |

☐ D _____
■ E/F  **3.9**
☐ G _____

Debtor    **JAR 259 FOOD CORP.**_____    Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.11 0 | **Kuljit Kaur** | **520 South Broadway** **Hicksville, NY 11801** | **Legacy Capital 26 LLC** | ☐ D _____ ■ E/F ___**3.13**___ ☐ G _____ |
| 2.11 1 | **Kuljit Kaur** | **520 South Broadway** **Hicksville, NY 11801** | **Lifetime Funding LLC** | ■ D ___**2.7**___ ☐ E/F _____ ☐ G _____ |
| 2.11 2 | **Kuljit Kaur** | **520 South Broadway** **Hicksville, NY 11801** | **Liquid Bee LLC** | ☐ D _____ ■ E/F ___**3.17**___ ☐ G _____ |
| 2.11 3 | **Kuljit Kaur** | **520 South Broadway** **Hicksville, NY 11801** | **Merchant Capital Jet Fund** | ☐ D _____ ■ E/F ___**3.18**___ ☐ G _____ |
| 2.11 4 | **Kuljit Kaur** | **520 South Broadway** **Hicksville, NY 11801** | **Mr. Advance** | ☐ D _____ ■ E/F ___**3.19**___ ☐ G _____ |
| 2.11 5 | **Kuljit Kaur** | **520 South Broadway** **Hicksville, NY 11801** | **Propulsion Funding LLC** | ■ D ___**2.13**___ ☐ E/F _____ ☐ G _____ |
| 2.11 6 | **Kuljit Kaur** | **520 South Broadway** **Hicksville, NY 11801** | **Secure Capital LLC** | ■ D ___**2.15**___ ☐ E/F _____ ☐ G _____ |
| 2.11 7 | **Kuljit Kaur** | **520 South Broadway** **Hicksville, NY 11801** | **Simpli Funding** | ■ D ___**2.16**___ ☐ E/F _____ ☐ G _____ |

| Debtor | **JAR 259 FOOD CORP.** | | Case number *(if known)* | |

---

| **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.118 | **Kuljit Kaur** | 520 South Broadway<br>Hicksville, NY 11801 | **Parkview Advance LLC** | ☐ D _____<br>■ E/F **3.22**<br>☐ G _____ |
| 2.119 | **Kuljit Kaur** | 520 South Broadway<br>Hicksville, NY 11801 | **Lifetime Funding, LLC** | ■ D **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.120 | **Kuljit Kaur** | 520 South Broadway<br>Hicksville, NY 11801 | **Tiger Capital Group LLC** | ☐ D _____<br>■ E/F **3.25**<br>☐ G _____ |
| 2.121 | **Kuljit Kaur** | 520 South Broadway<br>Hicksville, NY 11801 | **Gofund Advance** | ☐ D _____<br>■ E/F **3.10**<br>☐ G _____ |
| 2.122 | **OM Liquors Inc** | | **Parkview Advance LLC** | ☐ D _____<br>■ E/F **3.22**<br>☐ G _____ |
| 2.123 | **OM Liquors Inc** | | **Gofund Advance** | ☐ D _____<br>■ E/F **3.10**<br>☐ G _____ |
| 2.124 | **OM Liquors Inc.** | | **Key Food Stores Co-op Inc** | ■ D **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.125 | **OM Liquors Inc.** | | **The American Express Co.** | ☐ D _____<br>■ E/F **3.24**<br>☐ G _____ |

---

| Debtor | **JAR 259 FOOD CORP.** | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|

| 2.126 | OM Liquors Inc. | CloudFund LLC | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.127 | OM Liquors Inc. | Click Capital | ☐ D _____<br>■ E/F ___**3.5**___<br>☐ G _____ |
| 2.128 | OM Liquors Inc. | Liquid Bee LLC | ☐ D _____<br>■ E/F ___**3.17**___<br>☐ G _____ |
| 2.129 | OM Liquors Inc. | BMT Capital Group LLC | ☐ D _____<br>■ E/F ___**3.1**___<br>☐ G _____ |
| 2.130 | OM Liquors Inc. | TBF Group | ☐ D _____<br>■ E/F ___**3.23**___<br>☐ G _____ |
| 2.131 | OM Liquors Inc. | Crusader Group LLC | ☐ D _____<br>■ E/F ___**3.7**___<br>☐ G _____ |
| 2.132 | OM Liquors Inc. | Brickstone Fund LLC | ☐ D _____<br>■ E/F ___**3.2**___<br>☐ G _____ |
| 2.133 | OM Liquors Inc. | Simpli Funding | ■ D ___**2.16**___<br>☐ E/F _____<br>☐ G _____ |

Debtor  **JAR 259 FOOD CORP.**  _____  Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.134 | OM Liquors Inc. | | Bridge Funding Cap LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.135 | OM Liquors Inc. | | Merchant Capital Jet Fund | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
|---|---|---|---|---|

| 2.136 | OM Liquors Inc. | | Secure Capital LLC | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.137 | OM Vegetable | 520 S. Broadway<br>Hicksville, NY 11801 | Lifetime Funding, LLC | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.138 | OM Vegetable Inc | 520 S Broadway Hicksville<br>Hicksville, NY 11801 | 22 Capital | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.139 | OM Vegetable Inc | 520 S. Broadway<br>Hicksville, NY 11801 | Parkview Advance LLC | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
|---|---|---|---|---|

| 2.140 | OM Vegetable Inc | | Clear Fund Solutions | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
|---|---|---|---|---|

| 2.141 | OM Vegetable Inc | | Gofund Advance | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **JAR 259 FOOD CORP.** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                      *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 2 | **OM Vegetable Inc.** | 520 S. Broadway<br>Hicksville, NY 11801 | **Mr. Advance** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.14 3 | **OM Vegetable Inc.** | 520 S. Broadway<br>Hicksville, NY 11801 | **Lifetime Funding LLC** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 4 | **OM Vegetable Inc.** | 520 S Broadway<br>Hicksville, NY 11801 | **Fox Business Funding** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.14 5 | **OM Vegetable Inc.** | 520 S Broadway Hicksville<br>Hicksville, NY 11801 | **Click Capital** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.14 6 | **OM Vegetable Inc.** | 520 S. Broadway<br>Hicksville, NY 11801 | **Legacy Capital 26 LLC** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.14 7 | **OM Vegetable Inc.** | 520 S Broadway<br>Hicksville, NY 11801 | **Crusader Group LLC** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.14 8 | **OM Vegetable Inc.** | 520 S Broadway<br>Hicksville, NY 11801 | **Cobalt Funding Solutions** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.14 9 | **OM Vegetable Inc.** | 520 S. Broadway<br>Hicksville, NY 11801 | **Simpli Funding** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor    **JAR 259 FOOD CORP.**    Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

| 2.15 0 | **OM Vegetable Inc.** | 520 Broadway Hicksville, NY 11801 | **Merchant Capital Jet Fund** | ☐ D _____ ■ E/F **3.18** ☐ G _____ |
|---|---|---|---|---|
| 2.15 1 | **OM Vegetable Inc.** | 520 S. Broadway Hicksville, NY 11801 | **Propulsion Funding LLC** | ■ D **2.13** ☐ E/F _____ ☐ G _____ |
| 2.15 2 | **OM Vegetable Inc.** | 520 S. Broadway Hicksville, NY 11801 | **Secure Capital LLC** | ■ D **2.15** ☐ E/F _____ ☐ G _____ |
| 2.15 3 | **OM Vegetables Inc.** | | **Key Food Stores Co-op Inc** | ■ D **2.5** ☐ E/F _____ ☐ G _____ |
| 2.15 4 | **OM Vegetables Inc.** | | **The American Express Co.** | ☐ D _____ ■ E/F **3.24** ☐ G _____ |
| 2.15 5 | **OM Vegetables Inc.** | | **CloudFund LLC** | ■ D **2.3** ☐ E/F _____ ☐ G _____ |
| 2.15 6 | **OM Vegetables Inc.** | | **Liquid Bee LLC** | ☐ D _____ ■ E/F **3.17** ☐ G _____ |
| 2.15 7 | **OM Vegetables Inc.** | | **BMT Capital Group LLC** | ☐ D _____ ■ E/F **3.1** ☐ G _____ |

| Debtor | **JAR 259 FOOD CORP.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.15 8 | **OM Vegetables Inc.** | **TBF Group** | ☐ D \_\_\_\_\_<br>■ E/F  **3.23**\_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.15 9 | **OM Vegetables Inc.** | **Brickstone Fund LLC** | ☐ D \_\_\_\_\_<br>■ E/F  **3.2**\_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.16 0 | **OM Vegetables Inc.** | **Bridge Funding Cap LLC** | ■ D  **2.2**\_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **JAR 259 FOOD CORP.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$960,000.00** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$10,154,000.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$11,675,932.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **JAR 259 FOOD CORP.**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Fusion Funding - Funders**<br>**88 Pine Street**<br>**Suite 2202**<br>**New York, NY 10005** | **11/15/2021** | **$362,419.83** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Last Chance Funding Inc.**<br>**411 Hempstead Turnpike**<br>**West Hempstead, NY 11552** | **12/29/2021** | **$81,225.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Propulsion Funding LLC**<br>**7901 4th Street**<br>**Suite 300**<br>**Saint Petersburg, FL 33702** | **12/31/2021** | **$56,250.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Kingdom Kapital**<br>**1825 65th Street**<br>**Brooklyn, NY 11204** | **11/15/2021** | **$230,989.04** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Key Food Stores Co-op Inc**<br>**100 Matawan Road**<br>**Suite 100**<br>**Matawan, NJ 07747-3913** | **11/17/2021** | **$430,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Wynwood Capital Group**<br>**18117 Biscayne Boulevard**<br>**North Miami Beach, FL 33160** | **12/3/2021** | **$81,952.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Click Capital**<br>**7901 4th Street**<br>**Saint Petersburg, FL 33702** | **1/3/2022** | **$334,676.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **Liquid Bee LLC**<br>**259 Madison Avenue**<br>**22nd Floor**<br>**New York, NY 10017** | **1/3/2022** | **$60,600.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | JAR 259 FOOD CORP. | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Alva Advance LLC**<br>**300 Arthur Gofrey Road**<br>**Suite 201A**<br>**Miami Beach, FL 33140** | **12/1/2021** | **$19,798.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 **Brickstone Fund**<br>. **5314 16th Avenue**<br>**Suite 139**<br>**Brooklyn, NY 11204** | **11/17/2021** | **$187,291.77** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 **Clearfund Solutions**<br>. **99 Wall Street**<br>**Suite 2613**<br>**New York, NY 10005** | **12/15/2021** | **$90,000.02** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 **Cobalt Funding Solutions**<br>. **99 Wall Street**<br>**New York, NY 10005** | **12/31/2021** | **$35,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | JAR 259 FOOD CORP. | Case number *(if known)* | |
|---|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Simpli Fund, LLC v. Jar 259 Food Corporations, Inc., and Amandeep Singh, et al. | | Superior Court of Hartford<br>920 Broad St<br>Hartford, CT 06106 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Wynwood Capital Group LLC v. Jar 259 Food Corp d/b/a Badshah Farmers Market and Amandeep Singh;<br>600414/2022 | | Nassau County Supreme Court<br>100 Supreme Ct Dr<br>Mineola, NY 11501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Propulsion Funding LLC v. Jar 259 Food Corp.; OM Vegetable Inc.; Amandeep Singh; Kuljit Kaur<br>600290/2022 | | Nassau County Supreme Court<br>100 Supreme Ct Dr<br>Mineola, NY 11501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Richard A. Ball, as commissioner of agriculture and markets of the State of New York v. JAR 259 Food Corp. dba Key Food 1940<br>909645-21 | | Albany County Supreme Court<br>6 Lodge St<br>Albany, NY 12207 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | American Express Travel Related Services Company, Inc. v. Jar 259 Food Corp.<br>651816/2021 | | New York Supreme Court<br>60 Centre St<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | John R. Durso, as Trustee and Fiduciary of the Local 338 Health and Welfare, Benefits Trust and Annuity Funds; 338 Health and Welfare, Benefits Trust and Annuity Funds; et al. v. Jar 259 Food Corp. dba Key Food<br>1:21cv551 | | Eastern District USDC EDNY<br>225 Cadman Plaza E<br>Brooklyn, NY 11201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Jose Fernando Osorio Aguirre, Individually And On Behalf Of All thers Similarly Situated; Selan Villanueva, Individually And On Behalf Of All Others Similarly Situated; Salvador Montoya Ramirez, Individually And On Behalf Of All Others Similarly Situated; Neri alacios, Individually And On Behalf Of All Others Similarly Situated; Jose Odin Canales Rodriguez, Individually And On Behalf Of All Others Similarly Situated v. Jar 259 Food Corp. et al.<br>1:21cv191 | | Eastern District USDC EDNY<br>225 Cadman Plaza E<br>Brooklyn, NY 11201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **JAR 259 FOOD CORP.**    _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Raymond Lugo v. Jar 259 Food Corp.; Key Food (1940) 714942/2018** | | **Queens County Supreme Court**<br>**88-11 Sutphin Blvd**<br>**Queens, NY 11435** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Panthers Capital LLC v. Jar 259 Food Corp et al 504143/2022** | | **Kings County Supreme Court**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **BMT Capital Group Inc. v. 3350 Kaur Farms Inc et al 600556/2022** | | **Nassau County Supreme Court**<br>**100 Supreme Ct Dr**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Fusion Funding v. Jar 259 Food Corp. et al 600800/2022** | | **Nassau County Supreme Court**<br>**100 Supreme Ct Dr**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **The LCF Group, Inc. v. Kaur Farms Inc et al 601035/2022** | | **Nassau County Supreme Court**<br>**100 Supreme Ct Dr**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **The LCF Group, Inc. v. OM Vegetable Inc et al 601043/2022** | | **Nassau County Supreme Court**<br>**100 Supreme Ct Dr**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **The LCF Group, Inc. v. Jar 259 Food Corp. et al 601048/2022** | | **Nassau County Supreme Court**<br>**100 Supreme Ct Dr**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Key Food Stores Co-Operative, Inc. v. Jar 259 Food Corp. 720978/2021** | | **Queens County Supreme Court**<br>**88-11 Sutphin Blvd,**<br>**Jamaica, NY 11435** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Secure Capital v. Jar 259 Food Corp et al** | | **Nassau County Supreme Court**<br>**100 Supreme Ct Dr**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | JAR 259 FOOD CORP. | | | Case number *(if known)* | |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **White and Williams LLP**<br>7 Times Square<br>Suite 2900<br>New York, NY 10036-6524 | Attorney Fees - Retainer. | 9/27/2021 | $200,000.00 |
| | **Email or website address**<br>vandermarkj@whiteandwilliams.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **JAR 259 FOOD CORP.** | Case number *(if known)* | |

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Local 338 Benefits Trust Fund** | EIN: |

Has the plan been terminated?
☐ No
■ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **JAR 259 FOOD CORP.**_____    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

| Debtor | JAR 259 FOOD CORP. | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **MI Tax**<br>**320 Post Ave #107**<br>**Westbury, NY 11590** | **2019-2020** |
| 26a.2. | **Singh and Shah Inc**<br>**270-01 Hillside Ave**<br>**Queens, NY 11004** | **2018-2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **MI Tax**<br>**320 Post Ave #107**<br>**Westbury, NY 11590** | **2019-2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **MI Tax**<br>**320 Post Ave #107**<br>**Westbury, NY 11590** | **2019-2020** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | **JAR 259 FOOD CORP.** | | Case number *(if known)* | |
|---|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kuljit Kaur** | **46 Alling St<br>Hicksville, NY 11801** | **President** | **90%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amandeep Singh** | **46 Alling St.<br>Hicksville, NY 11801** | **Vice President** | **10%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☐ No
    ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Local 338 Benefits Trust Fund** | **EIN:** |

| Debtor | JAR 259 FOOD CORP. | Case number *(if known)* | |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        2 | 16 | 2022

_____          **Amandeep Singh**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor        **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of New York

In re    **JAR 259 FOOD CORP.**

Debtor(s)

Case No. _____

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amandeep Singh**<br>**46 Ailing St.**<br>**Hicksville, NY 11801** | **Ownership Interest** | **10%** | **N/A** |
| **Kuljit Kaur**<br>**46 Ailing St.**<br>**Hicksville, NY 11801** | **Ownership Interest** | **90%** | **N/A** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____2/17/2022_____    Signature _____
Amandeep Singh

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re    **JAR 259 FOOD CORP.** _____

Debtor(s)

Case No. _____

Chapter    **11** _____

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    2/16/2022 _____

_____
**Amandeep Singh/Vice President**
Signer/Title

Date:    2/16/2022 _____

/s/ James C. Vandermark
_____
Signature of Attorney
**James C. Vandermark**

7 Times Square
Suite 2900
New York, NY 10036-6524

**2158647000   Fax: 2158647123**

.

22 Capital
53 Bridge St.
Suite 501
Brooklyn, NY 11201


3350 Kaur Farms


3350 Kaur Farms Inc


3350 Kaur Farms Inc.
320 post Ave
STE 107
Westbury, NY 11590


A & S Vegetables


A & S Vegetables Inc
1620 Hillside Ave
New Hyde Park, NY 11040


A&S Vegetables Inc.


Amandeep Singh
520 South Broadway
Hicksville, NY 11801


Ameet Food Inc


Ameet Properties LLC


Badshah Farmers


Badshah Farmers Market

Badshaw Farmers


Badshaw Farmers Market


BMT Capital Group LLC
11301 Hillside Drive
Edmond, OK 73013-0469

Brickstone Fund LLC
5314 16th Ave
Suite 139
Brooklyn, NY 11204

Bridge Funding Cap LLC
5308 13th Ave
Suite 324
Brooklyn, NY 11219

Cash Coin LLC
4615 Surf Ave
2nd Fl
Brooklyn, NY 11224

Clear Fund Solutions
99 Wall Street
Suite 2613
New York, NY 10005

Click Capital
7901 4th Street
Saint Petersburg, FL 33702

CloudFund LLC
400 Rella Boulevard
Suffern, NY 10901

Cobalt Funding Solutions
99 Wall Street
New York, NY 10005

Consolidated Edison of
New York, Inc.
Att. Law Department
4 Irving Place RM 1875
New York, NY 10003


Crusader Group LLC
1185 S. Main Street
Cheshire, CT 06410


Fox Business Funding
65 Broadway
Suite 804
New York, NY 10006


Fusion Funding - Funders
88 Pine Street
Suite 2202
New York, NY 10005


George Knobloch, COO
100 Matawan Road, Suite 1
Matawan, NJ 07747-3913


Gofund Advance
c/o New York Secretary of
State Corporations Div.
99 Washington Ave
Albany, NY 12231-0001


Internal Revenue Service
290 Broadway
New York, NY 10007


Kaur Farms Inc
46 Alling St
Hicksville, NY 11801


Kaur Farms Inc.


Key Food Stores Co-op Inc
100 Matawan Road
Suite 100
Matawan, NJ 07747-3913

Kingdom Kapital
1825 65th Street
Brooklyn, NY 11204


Kuljit Kaur
520 South Broadway
Hicksville, NY 11801


Last Chance Funding Group
411 Hempstead Turnpike
West Hempstead, NY 11552


Legacy Capital 26 LLC
c/o 200 Garden City Plaza
Suite 405
Garden City, NY 11530


LFG Funding Group LLC
1251 46th St
Brooklyn, NY 11219


Liberty Fund Group
c/o New York Secretary of
State Corporations Div.
99 Washington Ave
Albany, NY 12231-0001


Lifetime Funding LLC
585 Stewart Avenue
Suite L90
Garden City, NY 11530


Lifetime Funding, LLC
585 Stewart Avenue
Suite L90
Garden City, NY 11530


Liquid Bee LLC
259 Madison Avenue
22nd Floor
New York, NY 10017


MCA Capital Holdings LLC
802 Avenue U
PH 7
Brooklyn, NY 11223

Meged Funding Group Corp.
12 Zeck Court
Suffern, NY 10901


Merchant Capital Jet Fund
Matt@toplinecash.com


Mr. Advance
35-12 19th Avenue
Suite 3W
Astoria, NY 11105


New Bank
45-68 Francis Lewis Blvd.
Bayside, NY 11361


New York State
Queens Borough Hall
120-55 Queens Boulevard
Jamaica, NY 11424


NYC Dept. of Finance
66 John Street
Room 104
New York, NY 10038


OM Liquors Inc


OM Liquors Inc.


OM Vegetable
520 S. Broadway
Hicksville, NY 11801


OM Vegetable Inc
520 S. Broadway
Hicksville, NY 11801


OM Vegetable Inc.
520 S. Broadway
Hicksville, NY 11801

OM Vegetables Inc.


Panthers Capital LLC
157 Church Street
Suite 1971
New Haven, CT 06510


Parkview Advance LLC
400 Main Street
Stamford, CT 06901


Propulsion Funding LLC
7901 4th Street
Suite 300
Saint Petersburg, FL 33702


Proventure Capital Fundin
99 Wall Street
Suite 576
New York, NY 10005


Randal Briskian
7 Penn Plaza, 11th Floor
New York, NY 10001


Secure Capital LLC
243 Tressler Boulevard
17th Floor
Stamford, CT 06901


Simpli Funding
500 West Putnam Ave
Suite 4000
Greenwich, CT 06830


TBF Group
333 River Street
Hoboken, NJ 07030


The American Express Co.
200 Vesey Street
New York, NY 10285

Tiger Capital Group LLC
1022 Avenue M
Brooklyn, NY 11230


Topline Cash
c/o New York Secretary of
State Corporations Div.
99 Washington Ave
Albany, NY 12231-0001


United Fund USA
30 Broad St.
New York, NY 10004


Wynwood Capital Group
18117 Biscayne Boulevard
North Miami Beach, FL 33160

**WHITE AND WILLIAMS LLP**
Heidi J. Sorvino, Esq.
James C. Vandermark, Esq.
Andrew E. Arthur, Esq.
7 Times Square, Suite 2900
New York, NY 10036
(212) 244-9500
sorvinoh@whiteandwilliams.com
vandermarkj@whiteandwilliams.com
arthura@whiteandwilliams.com

*Proposed Counsel for Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| JAR 259 FOOD CORP., | Case Nos. 22- |
| Debtor. | |

### DECLARATION OF AMANDEEP SINGH

I, Amandeep Singh, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1.    Pursuant to section 1116(1)(B), neither a balance sheet, statement of operations, nor a cash-flow statement for Jar 259 Food Corp., have been previously prepared and thus, is unavailable to file with the petition in this chapter 11 bankruptcy proceeding.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 18, 2022

Amandeep Singh
Vice President of
Jar 259 Food Corp.

28510138v.1

# SCHEDULE 1

**Official Form 206A/B Part 11**

**74. Causes of Action Against Third Parties**

| Counter Party Name | Type of Action | Amount in Dispute |
|---|---|---|
| 22 Capital Inc d/b/a HYS Tax Firm | Usury and Affiliated Claims | Unknown |
| BMT Capital Group LLC | Usury and Affiliated Claims | Unknown |
| Brickstone Funding Cap LLC | Usury and Affiliated Claims | Unknown |
| Cash Coin LLC | Usury and Affiliated Claims | Unknown |
| Clear Fund Solutions | Usury and Affiliated Claims | Unknown |
| Click Capital Group d/b/a 800 Funding LLC | Usury and Affiliated Claims | Unknown |
| CloudFund LLC | Usury and Affiliated Claims | Unknown |
| Cobalt Funding Solutions | Usury and Affiliated Claims | Unknown |
| Crusader Group LLC | Usury and Affiliated Claims | Unknown |
| Fox Capital Group, Inc. d/b/a Fox Business | Usury and Affiliated Claims | Unknown |
| Fusion Funding Capital, LLC d/b/a Futures Advance | Usury and Affiliated Claims | Unknown |
| Gofund Advance | Usury and Affiliated Claims | Unknown |
| Kingdom Kapital | Usury and Affiliated Claims | Unknown |
| The Last Chance Funding Group, Inc d/b/a The LCF Group, Inc. | Usury and Affiliated Claims | Unknown |
| Legacy Capital 26 LLC | Usury and Affiliated Claims | Unknown |
| Liberty Fund Group | Usury and Affiliated Claims | Unknown |
| LFG Funding Group LLC | Usury and Affiliated Claims | Unknown |
| Lifetime Funding, LLC | Usury and Affiliated Claims | Unknown |

| | | |
|---|---|---|
| Liquid Bee LLC | Usury and Affiliated Claims | Unknown |
| MCA Capital Holdings LLC | Usury and Affiliated Claims | Unknown |
| Meged Funding Group Corp. | Usury and Affiliated Claims | Unknown |
| Merchant Capital | Usury and Affiliated Claims | Unknown |
| Mr. Advance LLC | Usury and Affiliated Claims | Unknown |
| Panthers Capital LLC | Usury and Affiliated Claims | Unknown |
| Propulsion Funding LLC | Usury and Affiliated Claims | Unknown |
| Proventure Capital Funding LLC d/b/a Proventure Capital LLC | Usury and Affiliated Claims | Unknown |
| Secure Capital, LLC | Usury and Affiliated Claims | Unknown |
| Simpli Fund, LLC | Usury and Affiliated Claims | Unknown |
| Tiger Capital Group LLC | Usury and Affiliated Claims | Unknown |
| Topline Cash | Usury and Affiliated Claims | Unknown |
| United Fund USA | Usury and Affiliated Claims | Unknown |
| Wynwood Capital Group LLC | Usury and Affiliated Claims | Unknown |

28499371v.1