**Exhibit C**
(Preference Transfers)

| Summary of Transfers from Jar 259 Food Corp. | | | | |
|---|---|---|---|---:|
| **Transferee** | **Bank** | **Account Number** | **Amount** | **Clear Date** |
| Wynwood Capital Group | BOA - JAR 259 | 1101 | 4,497.00 | Wednesday, December 1, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Friday, December 3, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Monday, December 6, 2021 |
| Wynwood Capital Group | M&T OM VEG | 6666 | 4,497.00 | Monday, December 6, 2021 |
| Wynwood Capital Group | BOA - JAR 259 | 1101 | 4,497.00 | Tuesday, December 7, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Tuesday, December 7, 2021 |
| Wynwood Capital Group | BOA - JAR 259 | 1101 | 4,497.00 | Wednesday, December 8, 2021 |
| Wynwood Capital Group | BOA - JAR 259 | 1101 | 4,497.00 | Thursday, December 9, 2021 |
| Wynwood Capital Group | BOA - JAR 259 | 1101 | 4,497.00 | Friday, December 10, 2021 |
| Wynwood Capital Group | BOA - JAR 259 | 1101 | 4,497.00 | Monday, December 13, 2021 |
| Wynwood Capital Group | BOA - JAR 259 | 1101 | 4,497.00 | Tuesday, December 14, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Wednesday, December 15, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Thursday, December 16, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Monday, December 20, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Tuesday, December 21, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Wednesday, December 22, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Thursday, December 23, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Friday, December 24, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Monday, December 27, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Tuesday, December 28, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Wednesday, December 29, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Thursday, December 30, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Friday, December 31, 2021 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Monday, January 3, 2022 |
| Wynwood Capital Group | CITI | 5540 | 4,497.00 | Tuesday, January 4, 2022 |
| Wynwood Capital Group | BOA - JAR 259 | 1101 | 500.00 | Thursday, January 27, 2022 |
| | | | | |
| | TOTAL | | 112,925.00 | |