**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:                                                                                                    Chapter 11

JAR 259 FOOD CORP.,                                                             Case No. 22-40304 (JMM)

                          Debtor.
------------------------------------------------------------X

**ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING THE PRODUCTION OF DOCUMENTS BY, AND ORAL EXAMINATION OF, AMANDEEP SINGH, INDIVIDUALLY, AND AS <u>VICE-PRESIDENT OF THE DEBTOR</u>**

Upon the *ex parte* application **[ECF No. 85] (JMM)** of creditors and parties-in–interest Panthers Capital, LLC ("Panthers Capital"), Mr. Advance, LLC ("Mr. Advance"), Lifetime Funding, LLC ("Lifetime Funding"), Wynwood Capital Group, LLC ("Wynwood Capital Group"), Fox Capital Group, Inc. ("Fox Capital Group"), Legacy Capital 26, LLC ("Legacy Capital 26"), True Business Funding, LLC ("True Business Funding"), Fusion Funding, LLC ("Fusion Funding") and Kingdom Kapital of the bankruptcy estate of Jar 259 Food Corp. ("Debtor"), by and through their counsel, Kaminski Law, PLLC **("Kaminski Law") (JMM)**, seek entry of an Order, pursuant to section 105(a) of Title 11 of the United States Code and Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), authorizing Kaminski Law~~,~~ ~~PLLC~~ **(JMM)** to issue a subpoena for the production of certain records, documents, and electronic files that are in the Debtor's possession, custody or control and directing the examination of Amandeep Singh, individually and as Vice-President of the Debtor ("Witness"); and good and sufficient cause appearing; and no adverse interest being represented, **it is hereby (JMM)**

~~IT IS HEREBY ORDERED THAT:~~

    ~~1.    Pursuant to Bankruptcy Rule 2004, the relief requested in the Application is GRANTED~~

~~to the extent set forth herein.~~

2. ~~Pursuant to Bankruptcy Rule 9016, Kaminski Law, PLLC, an officer of the Court, is authorized and directed to issue a subpoena to the Debtor in accordance with Rule 45(a)(1)(A) of the Federal Rules of Civil Procedure subpoena for the production of certain records, documents, and electronic files that are in the Debtor's possession, custody, or control, which are more precisely set forth in the attached Schedule A, ("Document Request"), without prejudice to the right of the Debtor to object in accordance with the applicable rules.~~

3. ~~Ten (10) days' notice for the production of the records, documents and electronic files set forth in the Document Request shall be deemed good and sufficient notice of the production of such records, documents and electronic files as requested in the attached Schedule A.~~

4. ~~Kaminski Law, PLLC as counsel to Panthers Capital, Mr. Advance, Lifetime Funding, Wynwood Capital Group, Fox Capital Group, Legacy Capital 26, True Business Funding, Fusion Funding and Kingdom Kapital is authorized to issue a subpoena directing Amandeep Singh, individually and as Vice-President of the Debtor, to appear for an oral examination under oath to testify as to the Debtor's assets and financial affairs (collectively, the "Subpoena").~~

5. ~~To the extent necessary, Panthers Capital, Mr. Advance, Lifetime Funding, Wynwood Capital Group, Fox Capital Group, Legacy Capital 26, True Business Funding, Fusion Funding and Kingdom Kapital's rights are reserved to request additional examinations or documents under Bankruptcy Rule 2004 or any other applicable law.~~

6. ~~The examination required hereby is subject to any applicable privilege, with Panthers Capital, Mr. Advance, Lifetime Funding, Wynwood Capital Group, Fox Capital Group,~~

~~Legacy Capital 26, True Business Funding, Fusion Funding and Kingdom Kapital reserve their rights to seek a ruling on any asserted privilege.~~

7. ~~In addition to service on the Debtor as set forth herein, this Order and Subpoena shall be served by electronic mail, to the extent possible, upon (i) the Office of the U.S. Trustee; (ii) the Subchapter V Trustee; and (iii) all parties who have appeared in this Chapter 11 case.~~

8. ~~Service by overnight courier to the Debtor at 46 Alling Street, Hicksville, New York 11801 and by electronic mail to the Debtor, care of its counsel, Heidi J. Sorvino, Esq., and James Vandermark, Esq., be deemed good and proper service of such 2004 Order and Subpoena.~~

9. ~~This Court retains jurisdiction to resolve all matters arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order, including but not limited to any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.~~

**ORDERED, that Kaminski Law is authorized to issue one or more subpoenas to compel the production of documents from the Debtor and to compel the Witness to appear for a deposition; and it is further**

**ORDERED, that subject to agreement between the Kaminski Law and the Debtor, the Debtor's time to produce documents requested by, object to, move to quash, or otherwise respond to the subpoena shall be the time established by Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Bankruptcy Rule 9016; and it is further**

**ORDERED, that Kaminski Law shall file with the Court an affidavit or declaration of service for each subpoena Kaminski Law serves; and it is further**

**ORDERED, that the Court may retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order. (JMM)**



Dated: Brooklyn, New York
May 19, 2022

Jil Mazer-Marino
United States Bankruptcy Judge