UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                :     Chapter 7
                                                     :
JAR 259 FOOD CORP.,                                  :     Case No. 22-40304-jmm
                                                     :
                         Debtor.                    :
-------------------------------------------------------------x

**ORDER, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE, APPROVING STIPULATION OF SETTLEMENT
BETWEEN TRUSTEE AND KEY FOOD STORES CO-OPERATIVE, INC.
AND THE TRUSTEE AND NEWBANK**

Upon the application, dated October 20, 2023 (the "Application") **[ECF No. 298] (JMM)**, of Yann Geron (the "Trustee"), as chapter 7 trustee of the estate of Jar 259 Food Corp. (the "Debtor"), the above-captioned debtor, seeking an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving stipulation, dated on or about October 11, 2023 (the "Stipulation"), between Trustee and Key Food Stores Co-Operative, Inc. ("Key Food") and the Trustee and NewBank, providing for the settlement of certain claims asserted by and against: (i) the Trustee and Key Food and (ii) the Trustee and NewBank; and it appearing that good and sufficient notice of the Application has been provided; and due consideration having been given to any responses received; ~~and a hearing on the Application having been held before this Court on November __, 2023 (the "Hearing"); and upon record of the Hearing which is incorporated herein by reference~~; **and the Certificate of No Objection [ECF No. 303] having been filed on December 8, 2023 reflecting that no objections were received to the Application (JMM);** and for good and sufficient cause; it is hereby

**ORDERED**, that service of the notice of the Application is sufficient and no further notice need be given; and it is further

**ORDERED**, that the Application is approved to the extent set forth herein; and it is further

**ORDERED**, that the Stipulation is hereby approved; and it is further

**ORDERED**, that the Trustee, Key Food, and NewBank are hereby authorized and directed to take such further actions as are necessary to consummate the terms of the Stipulation; and it is further

**ORDERED**, this Court ~~shall~~ **may (JMM)** retain jurisdiction to, among other things, interpret and enforce the terms and provisions of the Stipulation and this Order.

Dated: December 12, 2023
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge

222359