UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              :    Chapter 7
                                                   :
JAR 259 FOOD CORP.,                                :    Case No. 22-40304 (JMM)
                                                   :
                         Debtor.                   :
---------------------------------------------------------------x

**ORDER, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, APPROVING SETTLEMENT AGREEMENT BETWEEN TRUSTEE AND WHITE AND WILLIAMS LLP**

Upon the application, dated January 18, 2024 (the "Application") **[ECF No. 306] (JMM)**, of Yann Geron (the "Trustee"), as chapter 7 trustee of the estate of Jar 259 Food Corp. (the "Debtor"), the above-captioned debtor, seeking an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving a settlement agreement, dated on or about December 28, 2023 (the "Settlement Agreement"), between Trustee and White and Williams LLP ("W&W"); and it appearing that good and sufficient notice of the Application has been provided **[ECF No. 307] (JMM)**; and due consideration having been given to any responses received; and a hearing on the Application having been ~~held before this Court on~~ **noticed for (JMM)** February 13, 2024; **and no objections having been filed; and upon the Certificate of No Objection filed on February 8, 2024 [ECF No. 308];** ~~and upon record of the Hearing which is incorporated herein by reference~~ **(JMM)** and for good and sufficient cause; it is hereby

**ORDERED**, that service of the notice of the Application is sufficient and no further notice need be given; and it is further

**ORDERED**, that the Application is approved to the extent set forth herein; and it is further

**ORDERED**, that the Settlement Agreement is hereby approved; and it is further

**ORDERED**, that the Trustee and W&W are hereby authorized and directed to take such further actions as are necessary to consummate the terms of the Settlement Agreement; and it is further

**ORDERED**, this Court ~~shall~~ **may (JMM)** retain jurisdiction to, among other things, interpret and enforce the terms and provisions of the Settlement Agreement and this Order.

Dated: February 12, 2024
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge

222359