**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------x
In re:                                                                    Chapter 7

JAR 259 FOOD CORP.                                      Case No.: 22-40304 (JMM)

                Debtor.
----------------------------------------x

## FIRST MODIFICATION OF STIPULATION AND
## ORDER TOLLING THE STATUTE OF LIMITATIONS

**WHEREAS,** Yann Geron, as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Jar 259 Food Corp. (the "Debtor"), and The LCF Group, Inc. ("Defendant") (together with the Trustee, the "Parties") desire to modify Paragraph 1 of the Stipulation and Order Tolling the Statute of Limitations (the "Stipulation") that was so ordered on February 20, 2024 [ECF Doc. No. 321] as set forth herein to extend the Tolling Period through and including May 17, 2024.

## AGREEMENT

NOW, THEREFORE, for good and valuable consideration, the Parties agree to modify Paragraphs of the Stipulation to extend the expiration date of the Tolling Period from April 17, 2024 through and including May 17, 2024.

All other terms and conditions of the Stipulation remain in full force and effect.

An electronic signature, including without limitation, a faxed signature, docusign or pdf shall be deemed an original signature for the purposes of this First Modification.

1

Date: April 11, 2024

| | |
|---|---|
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | LAMONICA HERBST & MANISCALCO LLP |
| By: */s/ Brendan M. Scott* <br>    Fred Stevens <br>    Brendan M. Scott <br>    Kathleen A. Aiello <br>    200 West 41st Street, 17th Floor <br>    New York, New York 10036 | By: */s/. Joseph S. Maniscalco* <br>    Joseph S. Maniscalco <br>    3305 Jerusalem Avenue <br>    New York, New York 11793 |
| *Special Litigation Counsel for the Chapter 7 Trustee* | *Counsel for The LCF Group, Inc.* |

**SO ORDERED:**

Dated: April 16, 2024
    Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge