| | |
|---|---|
| **KLESTADT WINTERS JURELLER**<br>**SOUTHARD & STEVENS, LLP**<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Telephone: (212) 972-3000<br>Facsimile: (212) 972-2245<br>Fred Stevens<br>Brendan M. Scott<br>Kathleen M. Aiello | **Hearing Date: July 25, 2024**<br>**Hearing Time: 11:00 a.m.**<br><br>**Objection Deadline:**<br>**July 18, 2024 @ 5:00 p.m.** |

*Special Litigation Counsel to Plaintiff*
  *Yann Geron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
In re                                                                    :
                                                                              :    Chapter 7
JAR 259 FOOD CORP.,                                          :
                                                                              :    Case No. 22-40304 (JMM)
                                          Debtor.          :
--------------------------------------------------------x

**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING CERTAIN ADVERSARY PROCEEDINGS AGAINST "INSIDERS", DIRECT AND SUBSEQUENT TRANSFEREES BROUGHT BY THE CHAPTER 7 TRUSTEE PURSUANT TO SECTIONS 502, 544, 547, 548, 549, 550 AND 551 OF THE BANKRUPTCY CODE AND <u>NEW YORK STATE LAW</u>**

  **PLEASE TAKE NOTICE**, that a videoconference hearing on the motion (the "<u>Motion</u>") of Yann Geron (the "<u>Trustee</u>"), as chapter 7 trustee of the estate of Jar 259 Food Corp., plaintiff in adversary proceeding numbers 24-01029, 24-01030 and 24-01031, for an *Order Establishing Streamlined Procedures Governing Certain Adversary Proceedings against "Insiders", Direct and Subsequent Transferees Brought by the Chapter & Trustee Pursuant to Sections 502, 544, 547, 548, 549, 550 and 551 of the Bankruptcy Code and New York State Law* [ECF No. 337], will be held on **July 25, 2024, 2024 at 11:00 a.m. (ET)**, or as soon thereafter as counsel can be heard (the "<u>Hearing</u>") before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge for the Eastern District of New York (the "<u>Bankruptcy Court</u>").

  **PLEASE TAKE FURTHER NOTICE** that parties may appear in person, by telephone or by videoconference for the Hearing, which will be conducted in accordance with the following rules:

  **PLEASE TAKE FURTHER NOTICE** that all parties must register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl in advance of the

Hearing. eCourt Appearances registration is required by both attorneys and non-attorneys. CM/ECF accounts are not necessary for eCourt Appearances. Attorneys with a CM/ECF account may find the program under the "Utilities" menu after logging on to CM/ECF.

Once registered, eCourt Appearances will email the telephone number and video link for your hearing. You may register for hearings weeks in advance, but the telephone number video link will not be sent to you until **48 hours before the hearing date**. Those registering with eCourt Appearances for hearings less than 48 hours in advance should allow up to 15 minutes after registration to receive the email with the telephone number and video link.

Those unable to access eCourt Appearances must email Judge Mazer-Marino's Courtroom Deputy at: jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

Please follow these guidelines when appearing telephonically or by videoconference:

1. Join your hearing at the scheduled time to avoid missing the call of your case.

2. Several matters may be scheduled for the same calendar. Please wait with your phone and computer on mute until your case is called.

3. If you are not speaking, keep your phone or computer on mute. When appearing on Zoom, press *6 to mute and unmute the audio.

4. State your name before speaking, every time you speak.

5. Speak up and speak clearly.

6. Avoid using a speaker phone.

7. Join the hearing from a quiet room.

**PLEASE TAKE FURTHER NOTICE**, that objections to the relief requested in the Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be served upon (i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attention: Kathleen M. Aiello; and (ii) all parties having filed a notice of appearance herein, and shall be filed with the Clerk of the United States Bankruptcy Court, Eastern District of New York, no later than **July 18, 2024 at 5:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE**, that copies of the Motion will be publicly available for review at the Bankruptcy Court's website www.nyeb.uscourts.gov (a PACER account is required). Copies of the Motion may also be obtained by telephonic or email request to the undersigned counsel for the Trustee, Attention: Kristen Strine, Paralegal at kstrine@klestadt.com.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated: New York, New York
June 14, 2024

          **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Kathleen Aiello*
Fred Stevens
Brendan M. Scott
Kathleen M. Aiello
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
       bscott@klestadt.com
       kaiello@klestadt.com

*Special Litigation Counsel to Yann Geron, as Chapter 7 Trustee for Jar 259 Food Corp.*